

NUMBER 13-09-00663-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

JUAN MANUEL LEDESMA,                                        Appellant,

v.

THE STATE OF TEXAS,                                        Appellee.

On Appeal from the 139th District Court
of Hidalgo County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam

Appellant, Juan Manuel Ledesma, was convicted of aggravated sexual assault and has filed an appeal of the trial court's denial of his request for exemption from the requirement to register as a sex offender. On March 24, 2010, appellant's appointed counsel filed an *Anders* brief in which he asserts there are no meritorious issues to raise

on appeal. *See Anders v. California*, 386 U.S. 738 (1967). Counsel also filed a motion to withdraw as counsel and has provided appellant with the brief and has informed him of his right to file his own brief and his right to obtain and review the record. On April 7, 2010, appellant filed a *pro se* motion to withdraw his notice of appeal.

Texas Rule of Appellate Procedure 42.2(a) requires that both the appellant and his attorney sign a motion seeking voluntary dismissal of a criminal appeal. *See* TEX. R. APP. P. 42.2(a). Although appellant's counsel has not signed the motion, he has fulfilled his duties as court-appointed counsel on appeal. Based upon all of the documents filed in this case, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

Appellant counsel's motion to withdraw as counsel is GRANTED. Other pending motions are dismissed as moot.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of May, 2010.